Phillip H. Stillman, SBN 152861
FLYNN & STILLMAN
224 Birmingham Drive, Suite 1A4
Cardiff, CA 92007
Phone & Fax: 888-235-4279

Alfred G. Rava, SBN 188318
THE RAVA LAW FIRM
311 Fourth Avenue, Suite 312
San Diego, CA 92101
Phone: 619-238-1993/Fax: 619-374-7288

Attorneys for Plaintiff Mike Love

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

MIKE LOVE,

　　　　　　Plaintiff,

vs.

THE MAIL ON SUNDAY; ASSOCIATED NEWSPAPERS LTD.; SANCTUARY RECORDS GROUP, LTD., SANCTUARY RECORDS GROUP NY; SANCTUARY MUSIC MANAGEMENT, INC.; SANCTUARY MUSIC PRODUCTIONS, INC.; BIGTIME.TV; BRIAN WILSON; JEAN SIEVERS; THE LIPPIN GROUP, INC.; SOOP LLC; DAVID LEAF; and DOES 1 through 100.

　　　　　　Defendants

Case Number CV 05-7798 ABC (PJWx)

STIPULATION RE CONTINUANCE OF HEARING ON MOTION FOR SUMMARY JUDGMENT AND BRIEFING SCHEDULE

Current Date: March 26, 2007
Time: 10:00 a.m.
Courtroom: Courtroom 680

Proposed Date: April 9, 2007
Time: 10:00 a.m.
Courtroom: Courtroom 680

This Stipulation is entered into by and among plaintiff Mike Love, and defendant Brian Wilson, through their respective counsel of record, with reference to the following facts:

1. On February 26, 2007, defendant Wilson filed a motion for summary judgment. This motion was set for hearing on March 26, 2007.

1

STIPULATION RE CONTINUANCE OF HEARING

2. Plaintiff has requested additional time to prepare and submit his opposition, and as a result defendant Wilson has agreed to postpone the hearing on Wilson's motion for summary judgment to April 9, 2007, and the parties have further agreed on a briefing schedule that will make plaintiff's opposition papers due on March 19, 2007 and defendants' reply papers due on March 26, 2007.

3. The parties agree not to seek any further deferral of the hearing date on Wilson's Motion for Summary Judgment.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED that the hearing on the motion for summary judgment filed by defendant Wilson shall be continued to April 9, 2007 at 10:00 a.m. and that plaintiff's opposition to the motion shall be due on March 19, 2007 and defendants' reply papers in support of their motion shall be due on March 26, 2007.

DATED: March __, 2007

FLYNN & STILLMAN

By: _____
Philip H. Stillman, Esq.
Attorneys for Plaintiff MICHAEL LOVE

DATED: March __, 2007

MANATT, PHELPS & PHILLIPS

By: _____
Barry E. Mallen
Attorneys for Defendant Brian Wilson

STIPULATION RE CONTINUANCE OF HEARING

## [~~PROPOSED~~] ORDER

Having reviewed the foregoing Stipulation, IT IS HEREBY ORDERED that the hearing on the Motion for Summary Judgment filed on February 26, 2007 by Brian Wilson shall be continued to April 9, 2007 at 10:00 a.m. IT IS FURTHER ORDERED that plaintiff's papers in opposition to the motion shall be filed and hand-served no later than March 19, 2007 and defendant's reply papers in support of his motion shall be filed and hand-served no later than March 26, 2007.

DATED: 3/10, 2007

_____
United States District Judge

410952252