00/00/2006  08:41  FIRST LEGAL SUPPORT  (213) 250-1197

| | |
|---|---|
| 1  LEOPOLD, PETRICH & SMITH, P.C.<br>Edward A. Ruttenberg (Bar No. CA 67378)<br>2  2049 Century Park East, Suite #3110<br>Los Angeles, California 90067<br>3  Tel: (310) 277-3333 • Fax (310) 277-7444<br>Email: eruttenberg@lpsla.com<br>4  Attorneys for Defendant David Leaf | Priority ✓<br>Send ✓<br>Enter ✓<br>Closed ✓<br>JS-5/JS-6 ___<br>JS-2/JS-3 ___<br>Scan Only ✓ |

5  MANATT, PHELPS & PHILLIPS, LLP
   Barry E. Mallen (Bar No. CA 120005)
6  Joy T. Teitel (Bar No. CA 211718)
   11355 West Olympic Boulevard
7  Los Angeles, CA 90064-1614
   Tel: (310) 312-4000 • Fax: (310) 312-4224
8  Email: bmallen@manatt.com; jteitel@manatt.com
   Attorneys for Defendants Jean Sievers, The Lippin
9  Group, Inc., Soop LLC, Brian Wilson and Melinda Wilson

10  KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
    Howard L. Weitzman (Bar No. CA 38723)
11  Gregory J. Aldisert (Bar No. CA 115334)
    808 Wilshire Boulevard, 3rd Floor
12  Santa Monica, CA 90401
    Tel: (310) 566-9800 • Fax: (310) 566-9850
13  E-mail: hweitzman@kwikalaw.com; galdisert@kwikalaw.com
    Attorneys for Defendant Sanctuary Records Group Ltd.,
14  Sanctuary Records Group, Inc., Sanctuary Artist Management,
    Inc. and Sanctuary Music Productions, Inc

15  JOHNSON & RISHWAIN LLP
    Neville L. Johnson, Esq. (Bar No. CA 66329)
16  Nicholas A. Kurtz, Esq. (Bar No. CA 232705)
    439 N. Canon Drive
17  Beverly Hills, California 90210
    Tel: (310) 975-1080 • Fax: (310) 975-1095
18  E-mail: njohnson@jrllp.com; nkurtz@jrllp.com
    Attorneys for Defendant Bigtime.TV
19

20  DAVIS WRIGHT TREMAINE LLP
    Kelli L. Sager, Esq. (Bar No. CA 120162)
21  865 S. Figueroa Street, Suite 2400
    Los Angeles, California 90017-2566
22  Tel: (213) 633-6800 • Fax: (213) 633-6899
    E-mail: kellisager@dwt.com
23  Attorneys for Defendant Associated Newspapers Ltd. (also
    erroneously sued as The Mail on Sunday)
24

FILED
CLERK, U.S. DISTRICT COURT
MAY 30, 2007
CENTRAL DISTRICT OF CALIFORNIA
BY        D.A.        DEPUTY

ENTERED
CLERK, U.S. DISTRICT COURT
JUN 1 2007
CENTRAL DISTRICT OF CALIFORNIA
BY        DEPUTY

LODGED
CLERK, U.S. DISTRICT COURT
MAY 23 2007
CENTRAL DISTRICT OF CALIFORNIA
BY        DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MIKE LOVE,<br><br>    Plaintiff, | CASE NO. CV05-7798 ABC (PJWx) |

|   |   |
|---|---|
| vs.<br>THE MAIL ON SUNDAY, et al.,<br>Defendants. | [PROPOSED] MODIFIED JUDGMENT<br>Complaint Filed: November 2, 2005<br>Judge: Hon. Audrey B. Collins |

IT IS HEREBY ORDERED that judgment is entered against Plaintiff Mike Love on all claims for relief asserted by him in this action, and in favor of defendants Brian Wilson, Melinda Wilson, Jean Sievers, The Lippin'Group, Inc., Soop LLC, David Leaf, Sanctuary Records Group Ltd., Sanctuary Records Group, Inc., Sanctuary Artist Management, Inc., Sanctuary Music Productions, Inc., Bigtime.TV and Associated Newspapers, Ltd. (also sued erroneously as The Mail On Sunday).

This judgment is entered without prejudice to Defendants' submission of an application for costs and/or attorney's fees.

//
//
//
//
//
//
//
//
//
//
//
//

LEOPOLD, PETRICH & SMITH
A Professional Corporation

00/00/2006  08:41  FIRST LEGAL SUPPORT  (213) 250-1197

This judgment supersedes the previous Judgment entered by this Court in this action on May 14, 2007, which previous judgment, having failed to include all of the defendants entitled to judgment under the one-judgment rule, shall be of no force or effect.

DATED: May 30, 2007

_____
Honorable Audrey B. Collins
U.S. District Judge

Respectfully Submitted by:

_____
Edward A. Ruttenberg
LEOPOLD, PETRICH & SMITH, P.C.
Attorneys for Defendant David Leaf

_____
Barry E. Mallen
MANATT, PHELPS & PHILLIPS, LLP
Attorneys for Defendants Jean Sievers, The Lippin Group, Inc., Soop LLC, Brian Wilson and Melinda Wilson

_____
Gregory J. Aldisert
KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
Attorneys for Defendants Sanctuary Records Group Ltd.,, Sanctuary Records Group, Inc., Sanctuary Artist Management, Inc. and Sanctuary Music Productions, Inc.,

_____
Neville L. Johnson
JOHNSON & RISHWAIN LLP
Attorneys for Defendant Bigtime.TV

_____
Kelli L. Sager
DAVIS WRIGHT TREMAINE LLP
Attorneys for Defendant Associated Newspapers Ltd. (also erroneously sued as THE MAIL ON SUNDAY)

3

00/00/2006   08:41   FIRST LEGAL SUPPORT   (213) 250-1197

This judgment supersedes the previous Judgment entered by this Court in this action on May 14, 2007, which previous judgment, having failed to include all of the defendants entitled to judgment under the one-judgment rule, shall be of no force or effect.

DATED: _____

_____
Honorable Audrey B. Collins
U.S. District Judge

Respectfully Submitted by:

_____
Edward A. Ruttenberg
LEOPOLD, PETRICH & SMITH, P.C.
Attorneys for Defendant David Leaf

_____
Barry E. Mallen
MANATT, PHELPS & PHILLIPS, LLP
Attorneys for Defendants Jean Sievers, The Lippin Group, Inc., Soop LLC, Brian Wilson and Melinda Wilson

_____
Gregory J. Aldisert
KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
Attorneys for Defendants Sanctuary Records Group Ltd.,, Sanctuary Records Group, Inc., Sanctuary Artist Management, Inc. and Sanctuary Music Productions, Inc.;

_____
Neville L. Johnson
JOHNSON & RISHWAIN LLP
Attorneys for Defendant Bigtime.TV

_____
Kelli L. Sager
DAVIS WRIGHT TREMAINE LLP
Attorneys for Defendant Associated Newspapers Ltd. (also erroneously sued as THE MAIL ON SUNDAY)

LEOPOLD, PETRICH & SMITH
A Professional Corporation

This judgment supersedes the previous Judgment entered by this Court in this action on May 14, 2007, which previous judgment, having failed to include all of the defendants entitled to judgment under the one-judgment rule, shall be of no force or effect.

DATED: _____

_____
Honorable Audrey B. Collins
U.S. District Judge

Respectfully Submitted by:

_____
Edward A. Ruttenberg
LEOPOLD, PETRICH & SMITH, P.C.
Attorneys for Defendant David Leaf

_____
Barry E. Mallen
MANATT, PHELPS & PHILLIPS, LLP
Attorneys for Defendants Jean Sievers, The Lippin Group, Inc., Soop LLC, Brian Wilson and Melinda Wilson

_____
Gregory J. Aldisert
KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
Attorneys for Defendants Sanctuary Records Group Ltd.,, Sanctuary Records Group, Inc., Sanctuary Artist Management, Inc. and Sanctuary Music Productions, Inc.,

_____
Neville L. Johnson
JOHNSON & RISHWAIN LLP
Attorneys for Defendant Bigtime.TV

_____
Kelli L. Sager
DAVIS WRIGHT TREMAINE LLP
Attorneys for Defendant Associated Newspapers Ltd. (also erroneously sued as THE MAIL ON SUNDAY)

LEOPOLD, PETRICH & SMITH
Professional Corporation

# PROOF OF SERVICE

I, Candi Saul, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 11355 West Olympic Boulevard, Los Angeles, California 90064-1614. On May 23, 2007, I served a copy of the within document(s) **[PROPOSED MODIFIED] JUDGMENT**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed <u>GOLDEN STATE OVERNIGHT</u> envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a <u>GOLDEN STATE OVERNIGHT</u> agent for delivery.

☐ by causing to be personally delivered the document(s) listed above to the person(s) at the address(es) set forth below.

See Service List Attached.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on May 23, 2007, at Los Angeles, California.

CANDI SAUL

## SERVICE LIST

| | |
|---|---|
| Philip H. Stillman, Esq.<br>Flynn & Stillman<br>224 Birmingham Drive<br>Suite 1A4<br>Cardiff, CA 92007 | Attorneys for Plaintiff Mike Love |
| Alfred G. Rava, Esq.<br>The Rava Law Firm<br>311 Fourth Avenue<br>Suite 312<br>San Diego, CA 92101 | Attorneys for Plaintiff, Mike Love |
| Andrew J. Thomas, Esq.<br>Kelli L. Sager, Esq.<br>Robyn Aronson, Esq.<br>Davis Wright Tremaine LLP<br>865 S. Figueroa Street, Suite 2400<br>Los Angeles, CA 90017 | Attorneys for Defendants Associated Newspapers Ltd. and The Mail On Sunday |
| Neville L. Johnson, Esq.<br>Nicholas A. Kurtz, Esq.<br>Johnson & Rishwain LLP<br>439 N. Canon Drive<br>Beverly Hills, CA 90210 | Attorneys for Defendant BIGTIME.TV |
| Gregory J. Aldisert, Esq.<br>Kinsella Weitzman Iser Kump & Aldisert LLP<br>808 Wilshire Boulevard, 3rd Floor<br>Santa Monica, CA 90401 | Attorneys for Defendants Attorneys for Defendants Sanctuary Records Group Ltd., Sanctuary Records Group NY, Sanctuary Music Management, Inc. and Sanctuary Music Productions, Inc. |
| Edward A. Ruttenberg, Esq.<br>Leopold Petrich & Smith<br>2049 Century Park East<br>Suite #3110<br>Los Angeles, CA 90067 | Attorneys for Defendant David Leaf |

41120208.1